**Order entered October 14, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00271-CR

**JAMES ANTHONY KIRVIN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 59th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. 060407**

## ORDER

The Court **REINSTATES** the appeal.

On September 18, 2015, we denied appellant's second motion to extend time to file his brief and ordered the trial court to make findings. On October 13, 2015, we received appellant's brief, together with an extension motion. Therefore, in the interest of expediting the appeal, we **VACATE** the September 18, 2015 order to the extent it requires findings.

We **GRANT** the October 13, 2015 extension motion and **ORDER** appellant's brief filed as of the date of this order.

/s/    ADA BROWN
       JUSTICE